# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Antonio Padilla,<br><br>    Plaintiff,<br><br>    v.<br><br>Michelle King, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>    Defendant. | Case No. 2:23-cv-10129-MAR<br><br>|PROPOSED| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND SIX HUNDRED AND 00/100 ($5,600.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   IT IS SO ORDERED.

DATE: 2/12/2025                    _____
                                   HON. MARGO A. ROCCONI
                                   UNITED STATES MAGISTRATE JUDGE